NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBERT W. WOHLWEND,**

*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2014-7096

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 08-0356, Chief Judge Bruce E. Kasold.

---

**ERRATA**

---

Decided: March 5, 2015
Nonprecedential Opinion

---

Please make the following change:

Page 2, line 18, remove "district" from the sentence.

FOR THE COURT

 March 9, 2015                      /s/ Daniel E. O'Toole
      Date                         Daniel E. O'Toole
                                   Clerk of Court